David V. Roth (State Bar No. 194648)
  *david.roth@manningkass.com*
Lucina Rios (State Bar No. 325856)
  *lucina.rios@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
101 Montgomery St., Suite 2550
San Francisco, California 94104
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant,
MICHAELS STORES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MARY ROCHA AZEVEDO,<br><br>Plaintiff,<br><br>v.<br><br>MICHAELS STORES, INC.,<br><br>Defendant. | Case No. 2:24-cv-02735-WBS-SCR<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE JOINT STATUS CONFERENCE TO MARCH 10, 2025** |

GOOD CAUSE APPEARING, the Court hereby continues the Joint Status Conference currently set for February 10, 2025 at 1:30 p.m. in Courtroom 5 to **March 10, 2025 at 1:30 p.m**. in Courtroom 5.   A joint status report shall be filed no later than **February 24, 2025** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed October 3, 2024 (Docket No. 2).

IT IS SO ORDERED.

Dated:  January 29, 2025

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4928-3642-3444.1

1

**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE JOINT STATUS CONFERENCE TO MARCH 10, 2025**