1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11                              ----oo0oo----

12   MARY ROCHA AZEVEDO,              No. 2:24-cv-02735 WBS SCR

13              Plaintiff,

14        v.

15   MICHAELS STORES, INC.; and
     DOES 1 to 50,
16
                Defendants.
17

18                              ----oo0oo----

19              STATUS (PRETRIAL SCHEDULING) ORDER

20          After reviewing the parties' Joint Status Report, the

21   court hereby vacates the Status (Pretrial Scheduling) Conference

22   scheduled for **March 10, 2025,** and makes the following findings

23   and orders without needing to consult with the parties any

24   further.

25   I.   SERVICE OF PROCESS

26          All defendants have been served, and no further service

27   is permitted without leave of court, good cause having been shown

28   under Federal Rule of Civil Procedure 16(b).

                                    1

II.   JOINDER OF PARTIES/AMENDMENTS

     No further joinder of parties or amendments to pleadings will be permitted except with leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

III. JURISDICTION/VENUE

     Jurisdiction in this premises liability action is predicated upon 28 U.S.C. § 1332, because the parties are of diverse citizenship and the amount in controversy exceeds $75,000.  Venue is undisputed and hereby found to be proper.

IV.  DISCOVERY

     The parties shall serve the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) on or before **April 11, 2025.**

     The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than **February 6, 2026.**  With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **March 6, 2026.**

     All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by **April 3, 2026.**  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has

1   been obeyed.  All motions to compel discovery must be noticed on

2   the magistrate judge's calendar in accordance with the local

3   rules of this court and so that such motions may be heard (and

4   any resulting orders obeyed) not later than **April 3, 2026.**

5   V.   <u>MOTION HEARING SCHEDULE</u>

6           All motions, except motions for continuances, temporary

7   restraining orders, or other emergency applications, shall be

8   filed on or before **May 1, 2026.**  All motions shall be noticed for

9   the next available hearing date.  Counsel are cautioned to refer

10  to the local rules regarding the requirements for noticing and

11  opposing such motions on the court's regularly scheduled law and

12  motion calendar.

13  VI.  <u>FINAL PRETRIAL CONFERENCE</u>

14          The Final Pretrial Conference is set for **July 13, 2026,**

15  at 1:30 p.m. in Courtroom No. 5.  The conference shall be

16  attended by at least one of the attorneys who will conduct the

17  trial for each of the parties and by any unrepresented parties.

18          Counsel for all parties are to be fully prepared for

19  trial at the time of the Pretrial Conference, with no matters

20  remaining to be accomplished except production of witnesses for

21  oral testimony.  Counsel shall file separate pretrial statements,

22  and are referred to Local Rules 281 and 282 relating to the

23  contents of and time for filing those statements.  In addition to

24  those subjects listed in Local Rule 281(b), the parties are to

25  provide the court with: (1) a plain, concise statement which

26  identifies every non-discovery motion which has been made to the

27  court, and its resolution; (2) a list of the remaining claims as

28  against each defendant; and (3) the estimated number of trial

3

1 | days.

2 |       In providing the plain, concise statements of
3 | undisputed facts and disputed factual issues contemplated by
4 | Local Rule 281(b)(3)-(4), the parties shall emphasize the claims
5 | that remain at issue, and any remaining affirmatively pled
6 | defenses thereto.  If the case is to be tried to a jury, the
7 | parties shall also prepare a succinct statement of the case,
8 | which is appropriate for the court to read to the jury.

9 | VII.    <u>TRIAL SETTING</u>

10 |       The jury trial is set for **September 9, 2026** at 9:00
11 | a.m.  The parties estimate that the trial will last 10 days.

12 | VIII.   <u>SETTLEMENT CONFERENCE</u>

13 |       A Settlement Conference with a magistrate judge will be
14 | set at the time of the Pretrial Conference.  Counsel are
15 | instructed to have a principal with full settlement authority
16 | present at the Settlement Conference or to be fully authorized to
17 | settle the matter on any terms.  At least seven calendar days
18 | before the Settlement Conference counsel for each party shall
19 | submit a confidential Settlement Conference Statement for review
20 | by the settlement judge.  The Settlement Conference Statements
21 | shall not be filed and will not otherwise be disclosed to the
22 | trial judge.

23 | IX.  <u>MODIFICATIONS TO SCHEDULING ORDER</u>

24 |       Any requests to modify the dates or terms of this
25 | Scheduling Order, except requests to change the date of the
26 | trial, may be heard and decided by the assigned Magistrate Judge.
27 | All requests to change the trial date shall be heard and decided
28 | only by the undersigned judge.

4

1              IT IS SO ORDERED.

2   Dated:  March 4, 2025

3                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28