David V. Roth (State Bar No. 194648)
   *david.roth@manningkass.com*
Lucina Rios (State Bar No. 325856)
   *lucina.rios@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
101 Montgomery St., Suite 2550
San Francisco, California 94104
Telephone: (415) 217-6990
Facsimile:  (415) 217-6999

Attorneys for Defendant,
MICHAELS STORES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MARY ROCHA AZEVEDO, | Case No. 2:24-cv-02735-WBS-SCR |
| Plaintiff, | **AMENDED JOINT STIPULATION TO CONTINUE TRIAL AND RELATED COURT-SET DATES BY 30 DAYS; ORDER** |
| v. | |
| MICHAELS STORES, INC., | |
| Defendant. | |

### STIPULATION

Plaintiff MARY ROCHA AZEVEDO (hereinafter, collectively referred to as "Plaintiffs"), as well as Defendant, MICHAELS STORES, INC. ("Defendant") (collectively, "the Parties"), by and through their counsel of record, agree as follows:

WHEREAS, the current deadline for expert disclosures is February 6, 2026, and rebuttal expert disclosures is March 6, 2026, the deadline for fact discovery and motions is April 3, 2026, the Final Pretrial Conference is July 13, 2026, and trial is September 9, 2026 per ECF 13.

WHEREAS, the Parties have been diligent in pursuing discovery, having already taken Plaintiff's deposition and completed written discovery.

WHEREAS, Good Cause exists for this extension because the Parties have

1

been meeting and conferring about Plaintiff's independent medical examination but have not been able to complete it; the Parties need complete additional discovery and depositions based on new information regarding incident witnesses that was learned at recent depositions, and the Parties need more time to informally negotiate and go to mediation which the Parties have agreed to complete by April 30, 2026. The Parties' agreement to continue the expert and discovery dates would be in the best interests of the Parties, and will allow the Parties to complete discovery and a meaningful mediation session that could potentially result in the settlement of this matter, thereby advancing judicial economy.  No party will be prejudiced by this continuance, and all parties agree to the same. At this time, neither party is anticipating motion practice.

WHEREAS, the Parties agree that a brief extension of these deadlines will allow for the completion of discovery without unnecessarily burdening the Court's calendar;

WHEREAS, this is the first request for an extension of these deadlines.

THEREFORE, IT IS HEREBY STIPULATED that the Scheduling Order be modified as follows:

**Current dates:**

Expert disclosure and reports: February 6, 2026

Expert rebuttal: March 6, 2026

Fact discovery and motions: April 3, 2026

Final pretrial conference: July 13, 2026

Trial: September 9, 2026

**New Proposed Dates:**

Expert disclosure and reports: May 6, 2026

Expert rebuttal: June 5, 2026

Fact discovery and motions: July 2, 2026

Final pretrial conference: October 19, 2026 at 1:30 p.m.

2

AMENDED JOINT STIPULATION TO CONTINUE TRIAL AND RELATED COURT-SET DATES BY 30 DAYS; ORDER

Trial: December 8, 2026 at 9 a.m.

**It is therefore Stipulated and Agreed**, by and between the Parties, through their respective counsel that:

1. The case dates be continued for three months as indicated above.

DATED: February 4, 2026        **MANNING & KASS**
                               **ELLROD, RAMIREZ, TRESTER LLP**


                               By: _____/s/ *Lucina Rios*_____
                                    David Roth
                                    Lucina Rios
                                    Attorneys for Defendant,
                                    MICHAELS STORES, INC.


DATED: February 4, 2026        **MAISON LAW, APLC**


                               By: _____/s/ *Jessop Stroman*_____
                                    Jessop Stroman, Esq.
                                    Attorneys for Plaintiff,
                                    MARY ROCHA AZEVEDO

3
**AMENDED JOINT STIPULATION TO CONTINUE TRIAL AND RELATED COURT-SET DATES BY 30 DAYS; ORDER**

**ORDER**

The Court, having considered the parties' Stipulation and finding GOOD CAUSE therefor, HEREBY GRANTS the Stipulation. The Scheduling Order (ECF No. 13) is modified as follows:

Expert disclosure and reports: May 6, 2026

Expert rebuttal: June 5, 2026

Fact discovery and motions: July 2, 2026

Final pretrial conference: October 19, 2026 at 1:30 p.m.

Trial: December 8, 2026 at 9 a.m.

All other dates and instructions contained in the original Scheduling Order remain in effect.

IT IS SO ORDERED.

Dated:  February 5, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

**AMENDED JOINT STIPULATION TO CONTINUE TRIAL AND RELATED COURT-SET DATES BY 30 DAYS; ORDER**